JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MICHAEL C. BROWN, | ) | NO. ED CV 15-743-PA(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| M.D. BITER (Warden Kern Valley St. Prison), | ) | |
| Respondent. | ) | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: May 12, 2015.

**JS-6**

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE